IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 24-05016-03-CR-SW-RK |
| AMANDA D. BARNES, | ) ) ) |
| Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to the lesser-included offense within Count One of the Superseding Indictment. Defendant entered a plea of guilty to Counts Two and Five of the Superseding Indictment filed on August 27, 2024, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

                                  */s/ Roseann Ketchmark*
                                  **ROSEANN KETCHMARK**
                                  **UNITED STATES DISTRICT JUDGE**

Date: November 19, 2024